# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TYRONE EUGENE LOCKE
ADC #127715                                                      PLAINTIFF

v.                          No. 1:18-cv-21-DPM-BD

STEPHEN WILLIAMS, Warden, North
Central Unit, ADC; CHRIS JOHNSON,
Deputy Warden, North Central Unit, ADC;
MARTY W. HEARYMAN, Doctor, Correction
Care Service; SHARON RHODER, APN,
Correction Care Service; HULL, The Hull
Clinic; R. GILLIHAN, Building Captain,
North Central Unit, ADC; ARKANSAS
DEPARTMENT OF CORRECTION; and
KEITH DAY, Major, North Central Unit, ADC           DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 3, and overrules Locke's partial objections, № 6. FED. R. CIV. P. 72(b)(3). If Locke wants to allege additional facts against Williams, then he must do so in a motion to amend his complaint, not in his objections to the recommendation. Locke's claims against Williams, Johnson, and Day are dismissed without prejudice. His claims against the Arkansas Department of Correction are dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 April 2018