IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TYRONE EUGENE LOCKE
ADC #127715                                                          PLAINTIFF

v.                        No. 1:18-cv-21-DPM-BD

MARTY W. HEARYMAN, Doctor, Correction
Care Service; SHARON RHODER, APN,
Correction Care Service; HULL, The Hull
Clinic; and R. GILLIHAN, Building Captain,
North Central Unit, ADC                                              DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 45, and overrules Locke's objections, № 49. FED. R. CIV. P. 72(b)(3). Locke's motion for summary judgment, № 15, is denied. Defendants' motions to dismiss, № 9, 21 & 36, are granted. Locke's claims against Hearyman, Rhoder, and Hull are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2018