# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TYRONE EUGENE LOCKE
ADC #127715                                                                PLAINTIFF

v.                                      No. 1:18-cv-21-DPM

RONALD GILLIHAN, Building
Captain, North Central Unit, ADC                                           DEFENDANT

## ORDER

1. Locke wants to know whether the Court received certain papers he sent. № 65. It has. The Court directs the Clerk to send Locke copies of his summary judgment response, motion for subpoena, and affidavit, № 59, 60 & 61.

2. On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, № 62, and overrules Locke's objections, № 63 & № 64. FED. R. CIV. P. 72(b)(3). Locke takes issue with some of the facts in the recommendation. № 64 at 2. But the recommendation tracks the facts that Locke pleaded in his complaint. *Compare* № 62 at 2–3, *with* № 2 at 3 & 14. In any event, Locke hasn't met proof with proof to create a genuine issue of material fact on whether Gillihan acted with deliberate indifference. Gillihan's motion for summary judgment, № 53, is therefore granted. Locke's motion for summary judgment, № 47, is denied. Locke's Eighth Amendment claim against

Gillihan will be dismissed with prejudice. Motion for subpoena, № 60, denied as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2018