IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TYRONE EUGENE LOCKE
ADC #127715                                                                PLAINTIFF

v.                              No. 1:18-cv-21-DPM

STEPHEN WILLIAMS, Warden, North
Central Unit, ADC; CHRIS JOHNSON,
Deputy Warden, North Central Unit, ADC;
MARTY W. HEARYMAN, Doctor, Correction
Care Service; SHARON RHODER, APN,
Correction Care Service; HULL, The Hull
Clinic; RONALD GILLIHAN, Building
Captain, North Central Unit, ADC;
ARKANSAS DEPARTMENT OF
CORRECTION; and KEITH DAY, Major,
North Central Unit, ADC                                                    DEFENDANTS

## JUDGMENT

Locke's claims against Gillihan and against the Arkansas Department of Correction are dismissed with prejudice. All other claims are dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2018